LAW OFFICES OF PHILIP J. KAPLAN
PHILIP J. KAPLAN (State Bar No. 135735)
Email: philipkaplan@ca.rr.com
3278 Wilshire Boulevard
Suite 106
Los Angeles, California 90010
Telephone: (213) 480-8981
Facsimile:   (213) 480-8941

Attorneys for Plaintiff
TERRY Y. HUEY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY Y. HUEY, an individual, | Case No. C07-2266 EDL |
| Plaintiff, | |
| v. | **STIPULATION TO ADVANCE DATES FOR FILING OF RULE 26 (f) REPORT, CASE MANAGEMENT STATEMENT, AND FOR INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** AS MODIFIED |
| CITY AND COUNTY OF SAN FRANCISCO, a public entity; HEATHER J. FONG; CHARLES J. KEOHANE, | |
| Defendants. | |

LAW OFFICES OF
PHILIP J. KAPLAN

1  WHEREAS, Plaintiff and Defendants (the "Parties") have stipulated that Defendants will have up until and including August 7, 2007, to file their response to Plaintiff's Complaint herein;

WHEREAS, counsel for the Parties have vacations scheduled during August;

WHEREAS, the Parties have discussed and agreed that, in light of the August 7th filing date and vacation schedules, would be preferable to advance the dates for the filing of the Rule 26 (f) Report, Case Management Statement, and for the Initial Case Management Conference, which is currently scheduled for July 31, 2007, at 10:00 a.m.;

WHEREAS, Plaintiff's counsel contacted this Department to advise of the Parties' agreement and request;

THEREFORE, the Parties stipulate to the following dates:

| Date | Event |
|---|---|
| 8/31/07 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and file Joint ADR Certification |
| 9/04/07 | Last day to file Rule 26 (f) Report and file Case Management Statement |
| 9/11/07 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF, at ~~10 a.m.~~ 3:00 P.M. |

/ / /
/ / /
/ / /
/ / /
/ / /

DATED: July 30, 2007

**DENNIS J. HERRERA**
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney

By _____
   LAWRENCE HECIMOVICH
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER J. FONG, and CHARLES J. KEOHANE

DATED: July 30, 2007

**LAW OFFICES OF PHILIP J. KAPLAN**

By _____
   PHILIP J. KAPLAN
Attorney for Plaintiff
TERRY Y. HUEY

**IT IS SO ORDERED** AS MODIFIED

DATED: July 30, 2007

_____
HON. ELIZABETH D. LAPORTE

[Court Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]