DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3933
Facsimile:   (415) 554-4248
E-Mail:   larry.hecimovich@sfgov.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER J. FONG, and CHARLES J. KEOHANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY Y. HUEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity; HEATHER J. FONG; CHARLES J. KEOHANE,<br><br>Defendant. | Case No. C07-2266 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE** |

1   WHEREAS, on September 20, 2007, this Court entered an order in the above matter staying
2   this litigation pending the outcome of Plaintiff Terry Huey's state court appeal in the related matter of
3   *Huey v. City & County of San Francisco*, San Francisco Superior Court No. 505489; and
4   WHEREAS the California Court of Appeal has dismissed Plaintiff Terry Huey's appeal of
5   judgment in that matter;
6   THEREFORE, the parties stipulate to the Court's entry of judgment in favor of Defendants as
7   to all claims for relief in this action.

**IT IS SO STIPULATED**

Dated: May 14, 2008

> DENNIS J. HERRERA
> City Attorney
> ELIZABETH S. SALVESON
> Chief Labor Attorney
> LAWRENCE HECIMOVICH
> Deputy City Attorney
>
> By: _____
> LAWRENCE HECIMOVICH
>
> Attorneys for Defendants

Dated: May 14, 2008

> LAW OFFICES OF PHILIP J. KAPLAN
>
> By: _____
> PHILIP J. KAPLAN
>
> Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: May 20, 2008

By: _____
HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATED ORDER DISMISSING CASE            2            n:\labor\li2007\071651\00484738.doc
CASE NO. C07-2266 EDL